JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. MENA,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID A. LONG,<br><br>    Respondent. | Case No. EDCV 13-0490-CJC (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: December 19, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE